A90A1256. VULCAN MATERIALS COMPANY v. UPSHAW.
(399 SE2d 584)

CARLEY, Chief Judge.

Upon consideration of the entire record and the applicable statutory provisions, this discretionary appeal is hereby dismissed as having been improvidently granted. See generally *Morgan v. G. M. &c. Corp.*, 167 Ga. App. 404 (307 SE2d 137) (1983).

*Appeal dismissed. McMurray, P. J., and Sognier, J., concur.*

DECIDED NOVEMBER 6, 1990 —
REHEARING DENIED NOVEMBER 16, 1990 —

*Woodson & Hanafee, H. Clifton Woodson,* for appellant.
*Taylor & Harp, J. Anderson Harp, Jefferson C. Callier,* for appellee.